IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY JOEL DANIEL BURTON,<br><br>Defendant. | CR 23-58-BLG-SPW<br><br>PRELIMINARY ORDER OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. 23). Defendant Timothy Joel Daniel Burton appeared before the Court on August 18, 2023, and entered a plea of guilty as charged in the indictment and admitted to its forfeiture allegation. Burton's guilty plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 23) is **GRANTED**:

IT IS FURTHER ORDERED that Burton's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Smith & Wesson, Model M&P 9, 9mm caliber, semi-automatic pistol, SN: DUZ4008
- Savage, Model 4C, bolt-action rifle, SN: none
- Ordnance Factories Board, Model Ishapore 2A1, 7.62 x 51 mm caliber bolt-action rifle, SN: X1768
- assorted ammunition

IT IS FURTHER ORDERED that the United States Marshal's Service, the Bureau of Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 29th day of August, 2023.

SUSAN P. WATTERS
United States District Court Judge