IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY JOEL DANIEL BURTON,<br><br>Defendant. | CR 23-58-BLG-SPW<br><br>FINAL ORDER OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture (Doc. 27). Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on August 30, 2023 (Doc. 25).

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 26).

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

1. The motion for final order of forfeiture (Doc. 27) is **GRANTED.**

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- Smith & Wesson, Model M&P 9, 9mm caliber, semi-automatic pistol, SN: DUZ4008
- Savage, Model 4C, bolt-action rifle, SN: none
- Ordnance Factories Board, Model Ishapore 2A1, 7.62 x 51 mm caliber bolt-action rifle, SN: X1768
- assorted ammunition

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 13th day of November, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge